■ Michelle Cintron, Appellant, v Trinity School Realty Holding Corp., Respondent. [983 NYS2d 792]—Order, Supreme Court, Bronx County (Howard H. Sherman, J.), entered on or about January 17, 2013, which granted defendant's motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion denied.

Defendant failed to make a prima facie showing that it neither created nor had notice of the slippery wet condition of the staircase that allegedly caused plaintiff's fall. Concur—Mazzarelli, J.P., Friedman, DeGrasse, Freedman and Kapnick, JJ.